IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROZER-KEYSTONE HEALTH SYSTEM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIRECTORY ASSISTANTS, INC. | : | NO. 06-03521 |

## **O R D E R**

**AND NOW, TO WIT:** This 26th day of October, 2006, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:      S/Rose A. Barber
Rose A. Barber
Deputy Clerk

October 26, 2006
Copies by ECF to:
Craig Douglas Mills
Howard M. Klein